Mr. Kevin A. Johnson, E-63602
(Petitioner)

Debra Dexter, Warden
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

2254 ✓    1983
FILING FEE PAID
Yes___  No ✓
IFP MOTION FILED
Yes ✓  No___
COPIES SENT TO
Court ✓   Pro Se___

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 0956 WQH WMc

I, Kevin A. Johnson, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes ✗   No ___

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   $22.50 / Ironwood State Prison / 19005 Wiley Wells Rd. / Blythe, CA. 92225

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes___   No ✓
   b. Rent payments, interest or dividends?              Yes___   No ✓
   c. Pensions, annuities or life insurance payments?    Yes___   No ✓
   d. Gifts or inheritances?                             Yes___   No ✓
   e. Any other sources?                                 Yes___   No ✓

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash, or do you have money in a checking or savings account?   Yes___   No ✓
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.  —0—

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes _____   No __X__

   If the answer is yes, describe the property and state its approximate value. _____-0-_____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ____-0-____

   _____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __May 19, 2008__
                    (Date)

_____
Signature of Petitioner
/s/ Kerr A. Johnson

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __-10.38__ on account to his credit at the __Ironwood State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records said institution:

__None__

_____

DATED __MAY 27 2008__

_____
Authorized Officer of Institution

Title of Officer: Account Tech / Account 1 Super (A)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
CV - 69 (5/98)                                          Page 10 of 10

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**JOHNSON, KEVIN A  E63602** for the last six months at

**IRONWOOD STATE PRISON**  where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **8.91** and the average balance in the prisoner's account each for the most recent 6-month period was $ **6.03.**

Dated 05/27/08

_____
Authorized Officer of the Institution

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 05/27/08
                                                                                   PAGE NO:    1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  IRONWOOD STATE PRISON
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: NOV. 01, 2007 THRU MAY 27, 2008

ACCOUNT NUMBER : E63602                         BED/CELL NUMBER: BFB300000000103U
ACCOUNT NAME   : JOHNSON, KEVIN                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION           COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----   -----------           -------         ---------   --------   -----------   -------
11/01/2007     BEGINNING BALANCE                                                            15.42
11/05*VD54     INMATE PAYROL         2483/OCT07                     7.38                    22.80
11/09 W211     FEDERAL FILIN         2681/FFEE                                  1.48        21.32
11/16 W502     POSTAGE CHARG         2885/POST                                  2.00        19.32
12/05*VD54     INMATE PAYROL         3258/NOV07                     5.83                    25.15
12/11 FC02     DRAW-FAC 2            3413/B1ST                                 25.00         0.15
ACTIVITY FOR 2008
01/07*VD54     INMATE PAYROL         3904/DEC07                     7.84                     7.99
01/08 FR01     CANTEEN RETUR         703931                                    19.30-       27.29
01/08 FC02     DRAW-FAC 2            3950/B1ST                                 27.00         0.29
02/04*VD54     INMATE PAYROL         4466/JAN08                     8.78                     9.07
02/05 FR01     CANTEEN RETUR         704496                                    11.85-       20.92
02/05 FC02     DRAW-FAC 2            4530/B1ST                                 20.00         0.92
03/05*VD54     INMATE PAYROL         5135/FEB08                     7.44                     8.36
03/20 W515     COPY CHARGE           5482/LCOPY                                 8.36         0.00
04/07*VD54     INMATE PAYROL         5745/MAR08                     8.31                     8.31
04/09 W211     FEDERAL FILIN         5813/FFEE                                  1.66         6.65
04/10 W502     POSTAGE CHARG         5868//POST                                 2.00         4.65
04/10 W512     LEGAL POSTAGE         5868/LPOST                                 4.60         0.05
05/05*VD54     INMATE PAYROL         6209/APR08                     3.45                     3.50
05/05*VD54     INMATE PAYROL         6209/APR08                     4.42                     7.92
05/06 W515     COPY CHARGE           6260/COPY                                  3.50         4.42

                         CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE       DESCRIPTION                      COMMENT        HOLD AMOUNT
------   ----       -----------                      -------        -----------
05/06/2008 H118   LEGAL COPIES HOLD                  6260/LCOPY           14.80

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/17/90                        CASE NUMBER: CR105960
COUNTY CODE: SD                                 FINE AMOUNT: $    3,635.63

DATE:        TRANS.  DESCRIPTION                 TRANS. AMT.         BALANCE
-----        ------  -----------                 -----------         -------
11/01/2007   BEGINNING BALANCE                                      2,578.19
```

Signature: J Royer 5-27-08 — TRUST OFFICE, CALIFORNIA DEPARTMENT OF CORRECTIONS. ATTEST: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.

```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/27/08
                                                                       PAGE NO:      2
                            IRONWOOD STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: NOV. 01, 2007 THRU MAY 27, 2008

ACCT: E63602      ACCT NAME: JOHNSON, KEVIN            ACCT TYPE: I

                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/17/90                      CASE NUMBER: CR105960
COUNTY CODE: SD                               FINE AMOUNT: $   3,635.63

DATE      TRANS.   DESCRIPTION                      TRANS. AMT.    BALANCE
--------  ------   -----------                      -----------    -------
11/05/07  VR54     RESTITUTION DEDUCTION-SUPPORT         8.19-    2,570.00
12/05/07  VR54     RESTITUTION DEDUCTION-SUPPORT         6.47-    2,563.53
01/07/08  VR54     RESTITUTION DEDUCTION-SUPPORT         8.71-    2,554.82
02/04/08  VR54     RESTITUTION DEDUCTION-SUPPORT         9.75-    2,545.07
03/05/08  VR54     RESTITUTION DEDUCTION-SUPPORT         8.25-    2,536.82
04/07/08  VR54     RESTITUTION DEDUCTION-SUPPORT         9.23-    2,527.59
05/05/08  VR54     RESTITUTION DEDUCTION-SUPPORT         3.82-    2,523.77
05/05/08  VR54     RESTITUTION DEDUCTION-SUPPORT         4.91-    2,518.86

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                        TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS    TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS BALANCE    BALANCE  TO BE POSTED
---------    --------   ----------- -------    -------  ------------
  15.42       53.45       64.45      4.42       14.80      0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                               10.38-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY JKoyer  5/27/08
   TRUST OFFICE